JOHN C. GAVIN, Respondent, v. THE TRUDEAU SANITARIUM, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JAMES G. GRAHAM, Trustee in Bankruptcy of MAXIM CORPORATION, Appellant, v. HENRY RUTGERS REMSEN COLES and MARGARET DAVIDSON COLES, as Executors, etc., of J. CAMPBELL THOMAS, Deceased, and as Distributees of His Property, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of AUGUSTA A. HIGGINS, for the Payment of Award for Damage Parcel No. 6-A in the Proceedings for the Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situate on the Northerly Side of Copeland Avenue, between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law.— Report of official referee confirmed. Order signed. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Petition of LONG ISLAND LIGHTING COMPANY to Acquire an Easement and Right of Way for the Public Use, in, over and across Land Located in the Town of North Hempstead, County of Nassau, State of New York, Owned by GREMAX REALTY AND FINANCE CORPORATION, etc. GREMAX REALTY AND FINANCE CORPORATION, Appellant; LONG ISLAND LIGHTING COMPANY, Respondent.— Motion for stay granted, with ten dollars costs. This appeal will be unnecessary if the parties will agree to resettle the original order, describing the property in such a way that no doubt, which may result in a cloud of title, will remain. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of BARTHALOMEW VERDERAME for the Payment of Award Made for Lot No. 5 on the Damage Map in " The Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Located on the Northwesterly Side of Avenue K, between East 82d and East 83d Streets, Canarsie, in the Borough of Brooklyn, City and State of New York, Duly Selected as a Site for School Purposes According to Law."— Motion to direct city chamberlain to pay award granted. Order signed. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ARTHUR LANG, an Infant, by SWEA LANG, His Guardian ad Litem, Respondent, v. CHRISTIAN W. HUMMEL, Appellant. FRANK LANG, Respondent, v. CHRISTIAN W. HUMMEL, Appellant. (Consolidated Action.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

FERDINAND N. MONJO and JULIA L. MONJO, Executors, etc., and Others, Respondents, v. ADOLPHE BRALVER, Appellant.— Motion to suspend operation of body execution and to release judgment debtor from custody pending appeal granted upon condition that defendant file a bond, with corporate surety, in the sum of $4,000, to insure his presence to respond to any order of the court in the event that the order appealed from be affirmed; otherwise, motion denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.